Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A. (improperly named as "Chase Mortgage")*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE CECICH, <br><br>Plaintiff, <br><br>v. <br><br>CHASE MORTGAGE; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC, <br><br>Defendants. | CASE NO. 2:17-CV-01379-APG-VCF <br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br>(Third Request) |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase")[1] response to plaintiff Danielle Cecich's complaint currently is due on August 7, 2017. Chase has requested, and Plaintiff has agreed, that Chase has up to and including August 14, 2017 to respond to the complaint, to provide time for the parties to continue to discuss a potential early resolution of the claims asserted against Chase.

/ / /

/ / /

/ / /

---

[1] Plaintiff erroneously named "Chase Mortgage" as a defendant, rather than "JPMorgan Chase Bank, N.A."

DMWEST #16858309 v1

This is the third request for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 7th day of August, 2017.

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Rachel Saturn<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Rachel Saturn<br>Nevada Bar No. 8653<br>8985 South Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123 |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A. (improperly named as "Chase Mortgage")* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
U.S. Magistrate Judge

DATED: 8-7-2017

2

DMWEST #16858309 v1

## CERTIFICATE OF SERVICE

I certify that on August 7, 2017, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing Stipulation and Order to Extend Time for JPMorgan Chase Bank, N.A. to Respond to Plaintiff's Complaint (Third Request) was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

Kelly H. Dove
Tanya N. Lewis
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

/s/
An employee of Ballard Spahr LLP

DMWEST #16858309 v1