David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DANIELLE CECICH*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE CECICH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHASE MORTGAGE; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01379-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO WELLS FARGO CARD SERVICES ONLY** |

Plaintiff DANIELLE CECICH and Defendant WELLS FARGO CARD SERVICES hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

Page **1** of **2**

dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO CARD SERVICES**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 17, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Tanya N. Lewis, Esq.
Tanya N. Lewis, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant WELLS FARGO CARD SERVICES*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/17/2017