David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DANIELLE CECICH*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

DANIELLE CECICH,

    Plaintiff,

v.

CHASE MORTGAGE; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

) **Case No. 2:17-cv-01379-APG-VCF**
)
) **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO CHASE MORTGAGE ONLY**

    Plaintiff DANIELLE CECICH and Defendant CHASE MORTGAGE a/k/a/ JPMorgan Chase Bank, N.A. hereby stipulate and agree that the above-entitled

…

…

…

…

…

…

action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, CHASE MORTGAGE**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: November 15, 2017

| By: | By: |
|---|---|
| /s/*David H. Krieger, Esq.* | /s/ *Lindsay C. Demaree, Esq.* |
| David H. Krieger, Esq. | Lindsay C. Demaree, Esq. |
| Nevada Bar No. 9086 | Ballard Spahr LLP |
| HAINES & KRIEGER, LLC | 100 North City Parkway |
| 8985 S. Eastern Avenue | Suite 1750 |
| Suite 350 | Las Vegas, NV 89106-4617 |
| Henderson, Nevada 89123 | |
| | *Attorney for Defendant* |
| *Attorney for Plaintiff* | JPMorgan Chase Bank, N.A. |
| DANIELLE CECICH | improperly named as Chase Mortgage |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: __ 11/16/2017 ___